1  Chip Cox (SBN 159681)
   chipc@gpsllp.com
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   2000 Crow Canyon Place, Suite 380
3  San Ramon, CA 94583
   Telephone:    (925) 866-1000
4  Facsimile:    (925) 830-8787

5  Attorneys for Defendant
   Guide To Insure, LLC
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

10                                          | CASE NO. 5:23-cv-04920-PCP
    Terri Lee Nichols,
11                                          | **DECLARATION OF CODY WILLIAMS IN**
              Plaintiff,                    | **SUPPORT OF GUIDETOINSURE'S LLC'S**
12                                          | **MOTION TO DISMISS COMPLAINT**
         v.
13
    GuideToInsure, LLC
14
              Defendant.
15

16

17  I, CODY WILLIAMS, declare as follows:

18       1.      I am a manager of Guidetoinsure, LLC dba Insuralife ("Insuralife"). In my role as

19  Manager I am involved with the operations of Insuralife and familiar with the scope of its

20  operations and geographical scope of its operations. I have personal knowledge of the following

21  facts and would competently testify to their truthfulness if called as a witness in this action. I

22  submit this declaration in support of GuideToInsure's *Motion to Dismiss Plaintiff's Complaint*.

23       2.      GuideToInsure was registered as a business on September 3, 2015 as a Utah

24  limited liability company.

25       3.      GuideToInsure is an insurance agency.

26       4.      GuideToInsure is located in Utah and has never been registered to do business in

27  California.

28

    Civil Action No. 5:23-cv-04920              DECLARATION OF CODY WILLIAMS IN
                                                 SUPPORT OF MOTION TO DISMISS

1    5.    GuideToInsure does not have, and has never had, any offices, property, assets, or
2  bank accounts in California.

3    6.    GuideToInsure does not have, and has never had, any managers or officers in
4  California.

5    7.    GuideToInsure has never paid taxes in California.

6    8.    GuideToInsure has a general, informational website, but does not maintain
7  marketing websites. Rather, third-party companies assist GuideToInsure in generating sales leads
8  by providing insurance information and allowing consumers to request contact from insurance
9  brokerages.

10    9.    GuideToInsure has never targeted or directed advertising or telemarketing at
11  California, and has never engaged in any marketing campaign specifically directed at California
12  or to residents of California.

13    10.    GuideToInsure has never hired any marketing affiliates in California or elsewhere,
14  to promote GuideToInsure in California specifically.

15    11.    GuideToInsure does not engage in directed sales activity in California.

16    12.    GuideToInsure does not direct its activities at California, and its interactions with
17  Plaintiff were not targeted at California.

18    13.    While GuideToInsure has sold some insurance policies to consumers in California
19  (and maintains an insurance license there); it only does so upon request and initial contact
20  initiated by those consumers. It does not seek out consumers in California.

21    14.    GuideToInsure only communicates with consumers who first submit their
22  information requesting contact from GuideToInsure.

23    15.    In every case, GuideToInsure is identified as a company who may contact the
24  consumer upon the consumer's request.

25    16.    GuideToInsure does not initiate "cold" communication, but rather, only responds
26  after consumers have initiated contact with GuideToInsure and completed an opt-in process.

27

28

Civil Action No. 5:23-cv-04920                1          DECLARATION OF CODY WILLIAMS IN
                                                         SUPPORT OF MOTION TO DISMISS

1    17.    GuideToInsure does not have the ability to randomly generate numbers or

2  automatically dial sequential numbers. It relies exclusively on consumers providing their own

3  information.

4    18.    Unless a consumer submits a phone number to GuideToInsure, GuideToInsure will

5  never become aware of, or possess, the phone number.

6    19.    On November 13, 2021, Plaintiff engaged the finddreamjobs.com and submitted

7  her information. Only then was Plaintiff's phone number delivered to GuideToInsure.

8    20.    The phone number Plaintiff submitted included 757 area code, which is in

9  Virginia.

10    21.    On May 12, 2022, GuideToInsure, relying on the consent Plaintiff provided, and in

11  response to Plaintiff's initial contact, responded to Plaintiff's request by placing a single manually

12  dialed phone call to Plaintiff.

13    22.    Plaintiff did not answer her phone, so GuideToInsure left a voicemail.

14    23.    At no point did Plaintiff opt-out from communications from GuideToInsure.

15    I declare under penalty of perjury under the laws of the State of California and the United

16  States of America that the foregoing is true and correct, and that this declaration is executed on

17  November ___, 2023, in South Jordan, Utah.

18

19                                                    By: _____

20                                                          Cody Williams

21                                                          Guidetoisnure, LLC

22

23

24

25

26

27

28

Civil Action No. 5:23-cv-04920              2          DECLARATION OF CODY WILLIAMS IN
                                                        SUPPORT OF MOTION TO DISMISS