Chip Cox (SBN 159681)
chipc@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, CA 94583
Telephone:  (925) 866-1000
Facsimile:   (925) 830-8787

Attorneys for Defendant
Guide To Insure, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terri Lee Nichols,<br><br>    Plaintiff,<br><br>v.<br><br>GuideToInsure, LLC<br><br>    Defendant. | CASE NO. 5:23-cv-04920-PCP<br><br>**SECOND DECLARATION OF CODY WILLIAMS IN SUPPORT OF GUIDETOINSURE'S LLC'S MOTION TO DISMISS COMPLAINT** |

I, CODY WILLIAMS, declare as follows:

    1.    I am a manager of Guidetoinsure, LLC dba Insuralife ("Insuralife"). In my role as Manager I am involved with the operations of Insuralife and familiar with the scope of its operations and geographical scope of its operations. I have personal knowledge of the following facts and would competently testify to their truthfulness if called as a witness in this action.

    2.    I submit this second declaration in support of GuideToInsure's *Motion to Dismiss Plaintiff's Complaint* to add additional information that I did not address in my Declaration of November 2023.

    3.    In or around September 2022, GuideToInsure's parent company, PolicyScout, was named as a Defendant in Case No. 3:22-cv-03899-RS filed in United States District Court, Northern District of California, by Plaintiff.

    4.    I submitted a Declaration in that case.

5. In that Declaration, I explained that Plaintiff submitted her information through an online form requesting contact from PolicyScout and GuideToInsure.

6. In that Declaration, I identified Plaintiff's IP address.

7. As a point of clarity, when GuideToInsure receives consumer information through lead forms of the type used by Plaintiff, the information is encrypted.

8. Once the consumer provides an IP address, address, or other identifying information, the information is stored in a database in an encrypted format. In this way, GuideToInsure protects consumer's personally identifiable information.

9. No GuideToInsure employee is privy to the information.

10. Unless a GuideToInsure employee accesses the decrypted database, the employee would never see an IP address or a physical address.

11. After Plaintiff filed Case No. 3:22-cv-03899-RS, we accessed encrypted information to determine when and how Plaintiff submitted her information and requested contact.

12. It was only through these post-litigation efforts, that I was able to identify Plaintiff's IP address.

13. At no point in time prior to the call GuideToInsure placed to Plaintiff, which was only done upon her request, did any GuideToInsure employee have any indication that Plaintiff purports to reside in California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration is executed on December 20, 2023, in South Jordan, Utah.

By: _____
Cody Williams
Guidetoisnure, LLC