UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LEE NICHOLS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUIDETOINSURE, LLC,<br><br>　　　　Defendant. | Case No. 23-cv-04920-PCP<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 32 |

On April 15, 2024, the Court granted defendant Guidetoinsure's motion to dismiss for lack of personal jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Guidetoinsure and against plaintiff Nichols. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2024

_____
P. CASEY PITTS
United States District Judge